21391

Timmy MITCHELL, a minor under the age of fourteen (14) years, by his Guardian *ad Litem*, William J. Mitchell, Respondent, v. Geraldine MITCHELL, Appellant.

(275 S. E. (2d) 1)

*McLeod, Fraser & Unger,* Walterboro, *for appellant.*

*Charles E. Houston, Jr.,* Walterboro, *for respondent.*

*Martin S. Driggers, Sr., Saleeby, Sox, Driggers & Bledsoe,* Hartsville, *in behalf of South Carolina Trial Lawyers Association, amicus curiae.*

February 5, 1981.

*Per Curiam:*

This is an appeal from a denial of a motion for summary judgment in a tort action for personal injuries by an unemancipated minor against his parent. An order denying a motion for summary judgment is an interlocutory decision which is not directly appealable. *United States Fidelity and Guaranty Co. v. City of Spartanburg,* 267 S. C. 210, 227 S. E. (2d) 188 (1976). This appeal is therefore dismissed.

LEWIS, C. J., and LITTLEJOHN, NESS, GREGORY and HARWELL, JJ., concur.